```
                 UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

      v.                               Case No. 18-cr-109-01-SM

<u>Ken D. Ma</u>
<u>a/k/a Kenneth Ma,</u>
<u>a/k/a Ken Duc Ma</u>

### ORDER RE RETURN OF POSTED COLLATERAL

Judgment having been rendered in the above-captioned case, the Clerk is directed, pursuant to instructions from the Administrative Office, to return Passport issued in the U.S. #471834087, surrendered as a condition of bail, to the Department of State.

SO ORDERED.

                                              _____
                                              Steven J. McAuliffe
                                              United States District Judge

Date: May 28, 2019

cc:   Georgiana L. Konesky, AUSA
       James D. Rosenberg, Esq.